UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Griffin Smith,                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      Civil Action No.      **10 0919**
                                      )
                                      )
Duane B. Delaney, Esq.                )
                                      )
            Defendant.                )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a

determination that the complaint, among other grounds, fails to state a claim upon which relief

can be granted).

Plaintiff, an inmate at the United States Penitentiary Hazelton in Bruceton Mills, West

Virginia, seeks to compel via a writ of mandamus the Clerk of the Superior Court of the District

of Columbia to process his request for records under the Freedom of Information Act ("FOIA"),

5 U.S.C. § 552. This Court is not authorized to issue a writ of mandamus against District of

Columbia officials because its mandamus powers extend only to "officer[s] or employee[s] of the

United States[.]" 28 U.S.C. § 1361. In addition, the Superior Court is not subject to the federal

FOIA, which applies only to executive-branch agencies of the United States. *See* 5 U.S.C. §

552(f) (defining agency as "any executive department. . . Government corporation, Government

controlled corporation, or other establishment in the executive branch of the Government . . . , or

any independent regulatory agency"). Plaintiff's recourse lies, if at all, in the District of

Columbia courts under common law. *See Hill v. Federal Judicial Center*, 238 Fed.Appx. 622, 623 (D.C. Cir. 2007) (stating that "courts have long recognized a common-law right of access to public records that stands independently of the Freedom of Information Act") (citations omitted). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: May ___, 2010

United States District Judge